# EXHIBIT 1

Exhibit 1 is an Agreement between the Parties that was served but not filed due to confidentiality provisions.