# EXHIBIT 6

**From:** Jason Whalum
**To:** Bradley Campbell; Matt Johnson; Erin Abel; Amy Cleveland
**Cc:** CashSheet; George Latzo
**Subject:** RE: [EXTERNAL] RE: 2022.12 Sheetz Statement
**Date:** Monday, August 28, 2023 10:48:40 AM
**Attachments:** image001.png

Bradley –

Good morning. We are aware of the non-payment, and we understand how important this issue is to the Sheetz Family. Leadership within the parent company have been developing a plan to resolve the cashflow issues. My hope is this will be resolved soon.

I've added Amy Cleveland Sr. Manager of Accounting to the email. She will be able to provide updates on the missing payments as they come in. Amy, below you will see the missing payment amounts for Sheetz.

- 4Q22 - $4,863.64
- 1Q23 - $3,775.28
- 2Q23 - $4,151.73

In the meantime, please let me know if you need anything else.

Thank you,
**Jason Whalum**
Account Manager
(630) 756-8692
(630) 346-7639
jwhalum@redbox.com



**From:** Bradley Campbell <bmcampbe@sheetz.com>
**Sent:** Monday, August 28, 2023 7:42 AM
**To:** Matt Johnson <mcjohnso@sheetz.com>; Erin Abel <eabel@sheetz.com>; Jason Whalum <jwhalum@redbox.com>
**Cc:** CashSheet <CashSheet@sheetz.com>
**Subject:** [EXTERNAL] RE: 2022.12 Sheetz Statement
**Importance:** High

Attention: Use caution before opening attachments or clicking links

Jason,

We need an answer ASAP. We have not been paid since November. This should be a high priority fix for Redbox.

Thanks

**From:** Matt Johnson <mcjohnso@sheetz.com>
**Sent:** Monday, August 14, 2023 10:00 AM
**To:** Erin Abel <eabel@sheetz.com>; Bradley Campbell <bmcampbe@sheetz.com>; Jason Whalum (jwhalum@redbox.com) <jwhalum@redbox.com>
**Cc:** CashSheet <CashSheet@sheetz.com>
**Subject:** RE: 2022.12 Sheetz Statement

Jason

Our accounting team is reporting we have not received a commission payment since November 2022. Can you let us know when we will receive these late payments.

Thank you

Matt

**From:** Erin Abel <eabel@sheetz.com>
**Sent:** Friday, August 11, 2023 1:20 PM
**To:** Matt Johnson <mcjohnso@sheetz.com>; Bradley Campbell <bmcampbe@sheetz.com>
**Cc:** CashSheet <CashSheet@sheetz.com>
**Subject:** FW: 2022.12 Sheetz Statement

Good Afternoon Matt and Brad,

The Treasury Team was reviewing Red Box Statements and noticed that Sheetz has not received the commission ACH since November 2022 – in the amount of $5,941.38.

Do you know if their payment terms have changed or the Sheetz contract?

See attached emails.

Let us know, as we continue to receive quarterly statements.

Thanks and have a great weekend.

Erin

**From:** Clientpayments <Clientpayments@redbox.com>

**Sent:** Wednesday, February 1, 2023 1:03 AM
**To:** Matt Johnson <mcjohnso@sheetz.com>; CashSheet <CashSheet@sheetz.com>; Alesha Spallone <aspallon@sheetz.com>
**Subject:** 2022.12 Sheetz Statement

External Email - Think Before You Click or Download, and DO NOT provide your username or password

Hello,

Attached is your current statement.

**Please do not reply to this email**.

Any questions or concerns should be directed to your Client Business Manager.

Thank you,
Client Payments
Redbox Automated Retail LLC
1 Tower Lane
Oakbrook Terrance, IL 60181

The remaining pages from Exhibit 6 consist of Commission Statement spreadsheets which are being served but not filed due to confidentiality considerations.