IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEETZ, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-01693 |
| | ) Honorable Mary M. Rowland |
| v. | ) |
| | ) |
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STATUS REPORT OF SHEETZ, INC.**

Pursuant to this Honorable Court's Order on May 13, 2024 (Document No. 7), Plaintiff Sheetz, Inc. ("Sheetz") hereby submits this status report with regard to the pending settlement between Sheetz and Defendant Redbox Automated Retail, Inc. (the "Parties").

## I. Procedural History

1. On February 29, 2024, Sheetz initiated this action by filing a Complaint against Redbox in this Court asserting counts for Declaratory Judgment, Breach of Contract, Account Stated, Trespass, and Unjust Enrichment. The Complaint seeks an award of actual damages and a declaration that all Redbox-branded Media Kiosks ("Kiosks") installed at various Sheetz locations were abandoned, among other relief requested.

2. After the Complaint was filed and served, counsel conferred and agreed to extend the deadline for Redbox to respond to the Complaint.

3. On March 5, 2024, this Court ordered the Parties to submit an Initial Status Report on or before May 14, 2024.

4. The Parties engaged in settlement discussions, resulting in a settlement in principle on May 13, 2024. Sheetz informed the Court of settlement on the same date.

5. On May 13, 2024, the Court ordered the Parties to file a stipulation of dismissal or status report on settlement on or before June 28, 2024.

## II. Settlement Progress

6. The Parties executed a Settlement Agreement on May 13, 2024.

7. Pursuant to the Settlement Agreement, Redbox was required to remove all remaining Kiosks from Sheetz' property within thirty (30) days of signing the agreement (the "Kiosk Removal").

8. Redbox was further required provide Sheetz with at least three (3) days advance notice of each Kiosk Removal so that Sheetz could have personnel on site to oversee the Kiosk Removal. Redbox was required to coordinate this notice with a representative of Sheetz via email, and the designated Sheetz contact was provided in the Settlement Agreement.

9. Sheetz received no contact from Redbox to coordinate the Kiosk Removal.

10. On June 6, 2024, Sheetz inquired with Redbox's counsel about the status of Kiosk Removal. On June 11, 2024, counsel for Redbox responded that he "is informed that all of the kiosks at all of the Sheetz locations have been removed," but he asked that Sheetz confirm the Kiosk Removal.

11. Redbox's failure to comply with advance-notice obligations in the Settlement Agreement has forced Sheetz to undertake a store-by-store review of the sixty-five (65) Kiosk locations to confirm that the Kiosks have been removed without damage to the property.

12. This store-by-store review is underway, and Sheetz expects to complete this review within the next few weeks.

13. Sheetz will file a supplemental Status Report or Stipulation of Dismissal on or before July 19, 2024, unless otherwise directed by this Honorable Court.

Dated: June 28, 2024                                     Respectfully submitted,

                                               **BUCHANAN INGERSOLL & ROONEY PC**

                                               */s/Robert L. Wagner*
                                               Robert L. Wagner
                                               Ill. I.D. No. 6276109
                                               Union Trust Building
                                               501 Grant Street, Suite 200
                                               Pittsburgh, PA 15219-4413
                                               Tel:     (412) 562-8800
                                               Fax:    (412) 562-1041
                                               robert.wagner@bipc.com

                                               *Attorney for Plaintiff Sheetz, Inc.*

**CERTIFICATE OF SERVICE**

I, Robert L. Wagner, hereby certify that on June 28, 2024, a true and correct copy of the foregoing Status Report of Sheetz Inc. was sent by U.S. Mail and email to the following:

Kenneth J. Ashman, Esq.
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, IL 60603
Tel:  (312) 596-1700
Fax:  (312) 873-3800
kashman@ashman.law

BUCHANAN INGERSOLL & ROONEY PC

*/s/Robert L. Wagner*
Robert L. Wagner
Ill. I.D. No. 6276109